# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv376

| | |
|---|---|
| **HERBERT DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | )     **ORDER** |
| | ) |
| **THE BILTMORE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the court on the court's own Motion for Status. It appears that issues joined in this case on December 21, 2007, and that the Certificate of Initial Attorneys Conference was due to be filed not later than January 9, 2008. Such report is now more than one month late, which has cut into the time the parties will have for discovery.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED**, and the parties shall file the CIAC not later than February 29, 2008, or be prepared to show cause why filing sanctions should not thereafter be imposed.

Signed: February 20, 2008

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge